IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JEISON JOEL UZCATEGUI-LABARCA, *

Petitioner, *

v. Case No. 7:26-cv-225 (WLS-AGH)

*

WARDEN, IRWIN COUNTY DETENTION CENTER, et al., *

Respondents. *

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated October 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk